**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| OZARK MOTEL DEVELOPMENT CORPORATION, GERALD DANHEIM, EUGENE A. ROTH, WILLIAM M. SCHADE, ROD DIETRICH, and KIM SHAFFER,<br><br>Plaintiffs,<br><br>v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, INC., f/k/a HOLIDAY INNS FRANCHISING, INC.,<br><br>Defendant. | Court File No.: 00-1993 JMR/FLN<br><br>**STIPULATION TO EXTENSION OF TIME TO ANSWER AND ORDER** |

WHEREAS, the parties to this action desire to meet face-to-face to try to resolve the matter.

NOW, THEREFORE, the parties hereby stipulate that the Court may enter an Order extending Defendant's time to assert an answer, defenses, or otherwise move or respond to the Complaint until October 20, 2000.

DATED: August 29, 2000

By______________
W. Michael Garner (#027494)
Jeffery S. Haff (#202265)

DADY & GARNER, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

ATTORNEYS FOR PLAINTIFFS

DATED: August 23, 2000

By______________
Jennifer B. Moore (Ga. Bar # 088128)
Christopher B. Roblyer (Ga. Bar # 311342)

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

ATTORNEYS FOR DEFENDANT

SEP 07 2000
FILED______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER EXTENDING TIME TO ANSWER**

Based upon the Stipulation of the parties, the Court hereby grants Defendant until October 20, 2000 to assert an answer, defenses, or otherwise move or respond to the Complaint in this matter.

DATED: Sept 6, 2000

Franklin L. Noel
Honorable Franklin L. Noel
United States Magistrate Judge