**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| OZARK MOTEL DEVELOPMENT CORPORATION, GERALD DANHEIM, EUGENE A. ROTH, WILLIAM M. SCHADE, ROD DIETRICH, and KIM SHAFFER,<br><br>Plaintiffs,<br><br>v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, INC., f/k/a HOLIDAY INNS FRANCHISING, INC.,<br><br>Defendant. | Court File No.: 00-1993 JMR/FLN<br><br>**STIPULATION TO EXTENSION OF TIME TO ANSWER AND ORDER** |

WHEREAS, the current time for the Defendant to move or answer in response to the Complaint is October 20, 2000; and

WHEREAS, the parties to this action have met and agreed to the terms of a settlement and require additional time to memorialize that settlement in writing,

NOW, THEREFORE, the parties hereby stipulate that the Court may enter an Order extending Defendant's time to answer the Complaint until October 30, 2000.

DATED: October 20, 2000

By W. Michael Garner /BOB
W. Michael Garner (#0274914)
Jeffery S. Haff (#202265)
DADY & GARNER, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

ATTORNEYS FOR PLAINTIFFS

DATED: October 20, 2000

By Jennifer B. Moore /BOB
Jennifer B. Moore
ALSTON & BIRD, L.L.P.
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

ATTORNEYS FOR DEFENDANT

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER EXTENDING TIME TO ANSWER**

Based upon the Stipulation of the parties, the Court hereby grants Defendant until October 30, 2000 to provide a responsive pleading in this matter.

DATED: Oct 23, 2000

Franklin L. Noel
Honorable Franklin L. Noel
United States Magistrate Judge