**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| OZARK MOTEL DEVELOPMENT CORPORATION, GERALD DANHEIM, EUGENE A. ROTH, WILLIAM M. SCHADE, ROD DIETRICH, and KIM SHAFFER, Plaintiffs, v. HOLIDAY HOSPITALITY FRANCHISING, INC., f/k/a HOLIDAY INNS FRANCHISING, INC., Defendant. | Court File No.: 00-1993 JMR/FLN **NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

PLEASE TAKE NOTICE, that:

WHEREAS, the time for defendant to move or answer has not expired; and

WHEREAS, the parties have resolved this matter,

Plaintiffs, pursuant to Fed. R. Civ. P. 41(a) hereby dismiss this action without prejudice and without costs.

DATED: October 31, 2000

DADY & GARNER, P.A.

By W. Michael Garner /BOB
W. Michael Garner (#0274914)
Jeffery S. Haff (#202265)
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

ATTORNEYS FOR PLAINTIFFS

NOV 07 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK